IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.

MICHAEL R. SZOLOSI AND
MARGERY A. SZOLOSI,

    Defendants.

CASE NO. C2-09-424
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

6-11-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE